```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

KRISTEN WHITWORTH, and TOMISHA
LEWIS, Individually
and on Behalf of Others Similarly Situated,           PLAINTIFFS

    v.                CASE NO. 6:13-CV-6003

FRENCH QUARTER PARTNERS, LLC,
Individually and d/b/a FRENCH QUARTER;
DALE KLOSS a/k/a DUKE KLOSS, Individually
and d/b/a FRENCH QUARTER                              DEFENDANTS

## **J U D G M E N T**

For the reasons set forth in the Memorandum Opinion and Order (doc. 69) and the Order regarding costs and attorney's fees (doc. 78) filed herein, the Court finds Plaintiff Kristen Whitworth should have judgment against Defendants French Quarter Partners, LLC and Dale Kloss, jointly and severally, in the amount of $16,721.84, plus interest from the date of this judgment until paid at the current post-judgment interest rate of .11% per annum; Plaintiff Tomisha Lewis should have judgment against Defendants French Quarter Partners, LLC and Dale Kloss, jointly and severally, in the amount of $7,234.78, plus interest from the date of this judgment until paid at the current post-judgment interest rate of .11% per annum; and Plaintiff Krystyna Nwachukwu should have judgment against Defendants French Quarter Partners, LLC and Dale Kloss, jointly and severally, in the amount of $4,253.86, plus interest from the date of this

judgment until paid at the current post-judgment interest rate of .11% per annum.

Plaintiffs are also awarded attorney's fees against Defendants French Quarter Partners, LLC and Dale Kloss, jointly and severally, in the amount of $48,369.92, and costs in the amount of $2,047.40, plus interest on these amounts from the date of this judgment until paid at the current post-judgment rate of .11% per annum.

**The parties have thirty (30) days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 19th day of September, 2014.

/s/ Robert T. Dawson_____
Honorable Robert T. Dawson
United States District Judge