IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
HOT SPRINGS DIVISION

FRENCH QUARTER PARTNERS, LLC,
Individually and d/b/a FRENCH QUARTER;
DALE KLOSS a/k/a DUKE KLOSS, Individually
and d/b/a FRENCH QUARTER                                   APPELLANTS

VS.                            Case No. 6:13-CV-6003 RTD

KRISTEN WHITWORTH, and TOMISHA
LEWIS, Individually and on behalf of others
similarly situated                                              APPELLEES

## NOTICE OF APPEAL

Notice is hereby given that FRENCH QUARTER PARTNERS, LLC, Individually and d/b/a FRENCH QUARTER; DALE KLOSS a/k/a DUKE KLOSS, Individually and d/b/a FRENCH QUARTER, defendants in the above named case, appeal to the United States Court of Appeals for the Eighth Circuit from the September 19, 2014 Judgment (Pacer Doc. 79).

Dated:  October 17, 2014.

                                                Respectfully submitted:
                                                French Quarter Partners, LLC, et al.,
                                                Appellants

                                By:    */s/ Tim Cullen*
                                                Tim Cullen, Ark. Bar No. 97032
                                                CULLEN & CO., PLLC
                                                P.O. Box 3255
                                                Little Rock, AR 72203

(501) 370-4800
tim@cullenandcompany.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by way of the Court's electronic noticing system this 17th day of October, 2014.

/s/ Tim Cullen