UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**KRISTEN WHITWORTH, and TOMISHA**     **PLAINTIFFS**
**LEWIS, Each Individually**
**and on Behalf of Others Similarly Situated**

vs.     U.S.D.C. CIVIL CASE N0. 6:13-CV-6003-RTD

**FRENCH QUARTER PARTNERS, LLC,**
**Individually and d/b/a FRENCH QUARTER;**
**DALE E. KLOSS, Individually and d/b/a**
**FRENCH QUARTER**     **DEFENDANTS**

## SATISFACTION OF JUDGMENT

The Order entered in the above-styled and numbered case, in favor of Plaintiffs, Kristen Whitworth, Tomisha Lewis, and Krystyna Nwachukwu, and their attorneys, Sanford Law Firm, is hereby satisfied in full, and the Clerk of this Court, by any deputy, is authorized to enter this Satisfaction of Judgment, by marginal endorsement, on behalf of Plaintiffs and their attorney.

Respectfully submitted,

**SANFORD LAW FIRM, PLLC**
One Financial Center
650 S. Shackleford Ste. 411
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**By:**     **/s/ Josh Sanford**
         **Josh Sanford**
         Arkansas Bar No. 2001037