# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3410
_____

Kristen Whitworth; Tomisha Lewis, Individually and on Behalf of Others Similarly Situated

Plaintiffs - Appellees

v.

French Quarter Partners, LLC, Individually and doing business as French Quarter; Dale Kloss, also known as Duke Kloss, Individually and doing business as French Quarter

Defendants - Appellants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:13-cv-06003-RTD)

_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 22, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans